UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>                Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security;<br><br>                Defendants. | **NOTICE OF MOTION**<br><br>Civil Action No.  3:25-cv-335 (EEC/ML) |

PLEASE TAKE NOTICE that, upon the Complaint and the exhibits attached thereto, the accompanying memorandum of law, and all other pleadings and proceedings in this action, Plaintiffs, by and through undersigned counsel, will move that this court enjoin Defendants Donald Trump, the Department of Homeland Security ("DHS"), and DHS Secretary Kristi Noem from enforcing two executive orders – Exec. Order No. 14161, "Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats," 90 Fed. Reg. 8847 (Jan. 30, 2025), ("EO 1"), and Exec. Order No. 14188, "Additional Measures to Combat Anti-Semitism," 90 Fed. Reg. 8451 (Feb. 3, 2025), ("EO 2"), at least in part, and requesting any other relief that the Court deems just and proper.

Dated: March 15, 2025                                      Respectfully submitted,

**s/ Eric Lee**                                               **s/ Chris Godshall-Bennett**
MI Bar No. P80058*                               DC Bar No. 1780920*
Attorney for Plaintiffs                            Attorney for Plaintiffs

24225 W 9 Mile Rd., Suite 140
Southfield, MI 48033
Telephone: (248) 602-0936
Fax: (202) 333-6470
Email: ca.ericlee@gmail.com

**s/ Mohammad Saleem**
NY Bar No. 4842753
Attorney for Plaintiffs
Davis Ndanusa Ikhlas & Saleem LLP
26 Court St., Suite 603
Brooklyn, NY 11242
Telephone: (718) 783-6819
Fax: (855) 852-4742
Email: msaleem@dnislaw.com

**s/ Jonathan Wallace**
NY Bar No. 1733757†
Attorney for Plaintiffs
P.O. Box 728
Amagansett, NY 11930
Telephone: (917) 359-6234
Fax: (202) 333-6470
Email: jonathan.wallace80@gmail.com

American-Arab Anti-Discrimination Committee
910 17th St. NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 465-4247
Fax: (202) 333-6470
Email: cgb@adc.org

**s/ Maria Kari**
TX Bar No. 24127161*
Attorney for Plaintiffs
Project TAHA
5300 N Braeswood Blvd., Suite 4-191
Houston, TX 77096
Telephone: (205) 862-8005
Fax: (202) 333-6470
Email: info@mariakari.org


\**pro hac vice* forthcoming
†admission pending