UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security;<br><br>　　　　　　Defendants. | Civil Action No. 3:25-cv-335 (EEC/ML) |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65(a), Plaintiffs Momodou Taal, Mũkoma Wa Ngũgĩ, and Sriram Parasurama move for a temporary restraining order and/or preliminary injunction against Defendants Donald Trump, the United States Department of Homeland Security ("DHS"), and DHS Secretary Kristi Noem.

This action seeks to enjoin Defendants from enforcing parts of two executive orders – Executive Order 14161, "Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats," 90 Fed. Reg. 8451 (Jan. 30, 2025), ("EO 1"), and Executive Order 14188, "Additional Measures to Combat Anti-Semitism," 90 Fed. Reg. 8847 (Feb. 3, 2025), ("EO 2"). The unprecedented and sweeping character of each order, combined with the threat of imminent enforcement, has unconstitutionally prohibited Plaintiffs, a group of students and professors at Cornell University, from speaking or hearing views critical of the U.S. government

i

or the government of Israel, on penalty of criminal prosecution or deportation. The First and Fifth Amendments to the U.S. Constitution require the orders be partly enjoined.

This motion is based on the complaint on file in this action, this motion, the accompanying brief, any further briefings and oral arguments of counsel, and such other and further matters as may be presented to the Court.

Absent the issuance of a temporary restraining order or preliminary injunction, Plaintiffs will suffer irreparable injury because their First Amendment rights to speech and association will have been violated. The balance of equities tips in favor of Plaintiffs, and the reasonable, unintrusive relief they seek will serve the public interest by protecting the First Amendment.

Local Rule 65.1 requires Plaintiffs to serve an application for a Temporary Restraining Order on all other Parties unless permitted by Fed. R. Civ. P. 65. Pursuant to Fed. R. Civ. P. 65, attached as Exhibits to this motion are affidavits from Plaintiffs demonstrating the immediate and irreparable harm they will experience before Defendants can be heard in opposition. Because this motion was filed shortly after Plaintiffs filed this complaint, no attorney for Defendants has entered an appearance that would facilitate notice.

Dated: March 15, 2025                                              Respectfully submitted,

**s/ Eric Lee**  
MI Bar No. P80058*  
Attorney for Plaintiffs  
24225 W 9 Mile Rd., Suite 140  
Southfield, MI 48033  
Telephone: (248) 602-0936  
Fax: (202) 333-6470  
Email: ca.ericlee@gmail.com  

**s/ Mohammad Saleem**  
NY Bar No. 4842753  
Attorney for Plaintiffs  
Davis Ndanusa Ikhlas & Saleem LLP  
26 Court St., Suite 603  

**s/ Chris Godshall-Bennett**  
DC Bar No. 1780920*  
Attorney for Plaintiffs  
American-Arab Anti-Discrimination Committee  
910 17th St. NW, Suite 1000  
Washington, D.C. 20006  
Telephone: (202) 465-4247  
Fax: (202) 333-6470  
Email: cgb@adc.org  

**s/ Maria Kari**  
TX Bar No. 24127161*  
Attorney for Plaintiffs  
Project TAHA

Brooklyn, NY 11242
Telephone: (718) 783-6819
Fax: (855) 852-4742
Email: msaleem@dnislaw.com

**s/ Jonathan Wallace**
NY Bar No. 1733757†
Attorney for Plaintiffs
P.O. Box 728
Amagansett, NY 11930
Telephone: (917) 359-6234
Fax: (202) 333-6470
Email: jonathan.wallace80@gmail.com

5300 N Braeswood Blvd., Suite 4-191
Houston, TX 77096
Telephone: (205) 862-8005
Fax: (202) 333-6470
Email: info@mariakari.org


**pro hac vice* forthcoming
†admission pending