**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MOMODOU TAAL, MŨKOMA WA NGŨGĨ,
and SRIRAM PARASURAMA,

                     Plaintiffs,

       v.



DONALD J. TRUMP, in his official capacity as
President of the United States; U.S.
DEPARTMENT OF HOMELAND SECURITY;
and KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of Homeland
Security;

                     Defendants.

Case No.  3:25-cv-335 (EEC/ML)

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR A**
**TEMPORARY RESTRAINING**
**ORDER**

       Having considered Plaintiffs' submissions and applicable law, the Court GRANTS

Plaintiffs' motion for a temporary restraining order.

       **IT IS SO ORDERED.**


       DATED: _____          _____
                                              NAME
                                              UNITED STATES DISTRICT JUDGE