AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA, <br> *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; <br> *Defendant(s)* | Civil Action No. 3:25-cv-335 (ECC/ML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See rider attached for all defendants and non-parties to be served

Defendants listed on page 2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mohammad Akif Saleem, Esq.
Davis Ndanusa Ikhlas & Saleem LLP
26 Court St #603, Brooklyn, NY 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 3/16/25

L. Welch
*Signature of Clerk or Deputy Clerk*

**RIDER**

**ALL DEFENDANTS**

Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue N.W.
Washington, DC 20500

The White House
1600 Pennsylvania Avenue N.W.
Washington, DC 20500

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

The Honorable Kristi Noem
Secretary of Homeland Security
Washington, DC 20528

**NON-PARTIES TO BE SERVED**

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Daniel Hanlon
Acting United States Attorney
Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198

Civil Process Clerk for the Northern District of New York
Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198