UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security;<br><br>        Defendants. | Civil Action No. 3:25-cv-00335-ECC-ML |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher Godshall-Bennett, admitted *pro hac vice*, hereby enters an appearance on behalf of Plaintiffs pursuant to Local Rule 11.1(a).

DATED: March 18, 2025                        Respectfully Submitted,

                                                        **s/ Christopher Godshall-Bennett**
                                                        DC Bar No. 1780920
                                                        Attorney for Plaintiffs
                                                        American-Arab Anti-Discrimination Committee
                                                        910 17th St. NW, Suite 1000
                                                        Washington, D.C. 20006
                                                        Telephone: (202) 465-4247
                                                        Fax: (202) 333-6470
                                                        Email: cgb@adc.org