UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security;<br><br>　　　　　Defendants. | Civil Action No. 3:25-cv-00335-ECC-ML |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric Lee, admitted *pro hac vice*, hereby enters an appearance on behalf of Plaintiffs pursuant to Local Rule 11.1(a).

DATED: March 18, 2025　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　**s/ Eric Lee**
　　　　　　　　　　　　　　　　　　　Mich. Bar No. P80058
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　24225 W 9 Mile Rd Ste 140
　　　　　　　　　　　　　　　　　　　Southfield, MI 48033-3962
　　　　　　　　　　　　　　　　　　　Telephone: (248) 602-0936
　　　　　　　　　　　　　　　　　　　Fax: (202) 333-6470
　　　　　　　　　　　　　　　　　　　Email: ca.ericlee@gmail.com