

**DAVIS, NDANUSA, IKHLAS & SALEEM, LLP**

---

26 Court Street  Tel: (718) 783-6819
Suite #603  Fax: (855) 852-4742
Brooklyn, NY 11242  www.dnislaw.com

March 18, 2025

**VIA ECF**
Hon. Judge Elizabeth C. Coombe
United Stated District Court

RE: <i>Taal et al. v. Trump et al.</i> <b>(25-cv-00335)</b>

Dear Honorable Elizabeth C. Coombe:

    Our office represents Momodou Taal, Mukoma Wa Ngugi and Sriram Parasurama (collectively "Plaintiffs") in the above captioned matter. As per the Court's direction, we make this request that this matter proceed solely before District Court Judge Elizabeth C. Coombe.

    We thank the Court for its consideration of our request.

Dated: March 18, 2025  Respectfully submitted,

    By:  /s/ *Mohammad Akif Saleem*
Mohammad Akif Saleem, Esq.
Bar Number: 4842753
Davis Ndanusa Ikhlas & Saleem LLP
26 Court Street Suite 603
Brooklyn, NY 11242
Email: msaleem@dnislaw.com
Phone: (718) 783-6819

*Counsel for Plaintiffs*

cc: Counsel of Record (via ECF)