# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of New York

**Momodou Taal, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Chris Godshall-Bennett

Client:
American-Arab Anti-Discrimination Committee
910 17th St., NW, #1000
Washington DC 20006



*332664*

**Case Number: 3:25-cv-00335(EEC/ML)**

I, **Kieran Monahan**, swear and affirm that the following is correct:

I received the legal documents on **03/17/2025** at **1:19 PM** to be served upon: **U.S. Department of Homeland Security at Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave, SE, Washington, DC 20528-0485**.

I Served **U.S. Department of Homeland Security** by delivering a conformed copy of: **Summons in a Civil Action; Civil Cover Sheet; Complaint; Notice of Motion; Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order; Exhibits; Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction and Temporary Restraining Order; Exhibits** to **U.S. Department of Homeland Security** at **Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave, SE, Washington, DC 20528-0485** via USPS Certified Mail.

**Supplemental Data Appropriate to this Service:** On 03-17-2025, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052701848848769 to the address of: Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave, SE, Washington, DC 20528-0485. The domestic return receipt has not yet been returned.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Kieran Monahan**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:332664



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of New York

**Momodou Taal, et al**

    Plaintiff(s),

VS.

**Donald J. Trump, in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Chris Godshall-Bennett

Client:
American-Arab Anti-Discrimination Committee
910 17th St., NW, #1000
Washington DC 20006


*332663*

**Case Number: 3:25-cv-00335(EEC/ML)**

I, **Kieran Monahan**, swear and affirm that the following is correct:

I received the legal documents on **03/17/2025** at **1:15 PM** to be served upon: **Donald J. Trump, in his official capacity as President of the United States at The White House, 1600 Pennsylvania Ave., NW, Washington, DC 20500**

I Served **Donald J. Trump, in his official capacity as President of the United States** by delivering a conformed copy of: **Summons in a Civil Action; Civil Cover Sheet; Complaint; Notice of Motion; Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order; Exhibits; Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction and Temporary Restraining Order; Exhibits** to **Donald J. Trump, in his official capacity as President of the United States** at **The White House, 1600 Pennsylvania Ave., NW, Washington, DC 20500** via USPS Certified Mail.

**Supplemental Data Appropriate to this Service:** On 03-17-2025, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052701848848738 to the address of: The White House, 1600 Pennsylvania Ave., NW, Washington, DC 20500. The domestic return receipt has not yet been returned.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*(signature)*

**Kieran Monahan**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:332663



# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of New York

**Momodou Taal, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Chris Godshall-Bennett

Client:
American-Arab Anti-Discrimination Committee
910 17th St., NW, #1000
Washington DC 20006


*332666*

**Case Number: 3:25-cv-00335(EEC/ML)**

I, **Kieran Monahan**, swear and affirm that the following is correct:

I received the legal documents on **03/17/2025** at **1:20 PM** to be served upon: **Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security at Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave, SE, Washington, DC 20528-0485**

I Served **Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security** by delivering a conformed copy of: **Summons in a Civil Action; Civil Cover Sheet; Complaint; Notice of Motion; Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order; Exhibits; Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction and Temporary Restraining Order; Exhibits** to **Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security** at **Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave, SE, Washington, DC 20528-0485** via USPS Certified Mail.

**Supplemental Data Appropriate to this Service:** On 03-17-2025, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052701848848776 to the address of: Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave, SE Washington DC 20528-0485. The domestic return receipt has not yet been returned.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Kieran Monahan**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:332666

