AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| Momodou Taal et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:25-cv-00335 |
| Donald Trump et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 03/19/2025

signed Jonathan Wallace
*Attorney's signature*

Jonathan Wallace JW6365
*Printed name and bar number*

PO 728 Amagansett NY 11930

*Address*

jonathan.wallace80@gmail.com
*E-mail address*

(917) 359-6234
*Telephone number*

*FAX number*