# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of New York

**Momodou Taal, et al**

    Plaintiff(s),

VS.

**Donald J. Trump, in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Chris Godshall-Bennett

American-Arab Anti-Discrimination Committee
910 17th St., NW, #1000
Washington DC 20006



*332670*

**Case Number:** 3:25-cv-00335(EEC/ML)

Legal documents received on **03/17/2025** at **2:00 PM** to be served upon **U.S. Attorney Daniel Hanlon of the Northern District of New York at 100 South Clinton St., RM 900, Syracuse, NY 13261**

I, **Michael A. Buck**, swear and affirm that on **March 17, 2025** at **3:25 PM**, I did the following:

Served **U.S. Attorney Daniel Hanlon of the Northern District of New York** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Notice of Motion; Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order; Exhibits; Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction and Temporary Restraining Order; Exhibits** to Anika Patterson as **Authorized Recipient** of U.S. Attorney Daniel Hanlon of the Northern District of New York at **100 South Clinton St., RM 900, Syracuse, NY 13261**.

**Description of Person Accepting Service:**
Sex: Female  Age: 20-30  Height: 5ft4in-5ft8in  Weight: 100-130 lbs  Skin Color: Caucasian  Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Michael A. Buck**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:332670

