# EXHIBIT 1

## **AFFIDAVIT OF WAKEE THOMPSON**

I swear under penalty of perjury that the following is true and correct:

1. My name is Wakee Thompson, I am a chef at the Telluride House at 217 W. Ave, Ithaca, New York 14850. I live at 30 Abbott Lane, Ithaca, NY 10451.

2. I have worked at the house for 12 years. My employer is the Telluride Association.

3. Shortly after 10 AM this morning I was throwing out the garbage and noticed a car that I've never seen before in the parking lot.

4. I went up to the man and told him, this was private property. The man took out a law enforcement badge. He flashed it so quickly that I didn't see the name of the agency on it, but it was clear to me he was an officer. I had never seen this person before.

Signed,

/s/Wakee Thompson                                                                         Date:   March 19, 2025