UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>              Plaintiffs,<br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security;<br><br>              Defendants. | Case No. 3:25-cv-000335-ECC-ML<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Having considered Plaintiffs' submissions and applicable law, the Court GRANTS Plaintiffs' motion for a temporary restraining order.

**IT IS SO ORDERED.**

DATED: _____

                                                               ELIZABETH C. COOMBE
                                                               UNITED STATES DISTRICT JUDGE