## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>　　　　　Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security;<br><br>　　　　　Defendants. | **NOTICE OF MOTION**<br><br>Civil Action No. 3:25-CV-00335-ECC |

　　　　PLEASE TAKE NOTICE that, upon the Complaint and the exhibits attached thereto, the accompanying memorandum of law, and all other pleadings and proceedings in this action, Plaintiffs, by and through undersigned counsel, submit emergency motion for a temporary restraining order and request for an order to show cause to enjoin Defendants Donald Trump, the Department of Homeland Security ("DHS"), and DHS Secretary Kristi Noem from attempting to detain, remove or otherwise enforce the two executive orders against Mr. Taal prior to the scheduled hearing on Tuesday, March 25, 2025, and grant any other relief that the Court deems just and proper.

Dated: March 20, 2025　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　s/ Eric Lee
　　　　　　　　　　　　　　　　Eric Lee, MI Bar No. P80058
　　　　　　　　　　　　　　　　24225 W 9 Mile Rd., Suite 140
　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　(248) 602-0936

ca.ericlee@gmail.com

Chris Godshall-Bennett, DC Bar No. 1780920
American-Arab Anti-Discrimination Committee (ADC)
910 17th St. NW, Suite 1000
Washington, D.C. 20006
(202) 465-4247
cgb@adc.org

Mohammad A. Saleem
Davis Ndanusa Ikhlas & Saleem LLP
26 Court Street - Suite 603
Brooklyn, NY 11242
646-812-7434
Email: msaleem@dnislaw.com

Maria Kari, TX Bar No. 24127161*
Project TAHA
5300 N Braeswood Blvd., Suite 4-191
Houston, TX 77096
(205) 862-8005
info@mariakari.org

Jonathan Wallace, NY Bar No. 1733757
P.O. Box 728
Amagansett, NY 11930
(917) 359-6234
jonathan.wallace80@gmail.com

Counsel for Plaintiffs

*pro hac vice application filed