# EXHIBIT 3

## AFFIDAVIT OF ALAA FARGHLIA

I swear under penalty of perjury that the following is true and correct:

1. My name is Alaa Farghlia, I am a recent graduate of Cornell University and I reside in Tompkins County, New York. I live at the Telluride House at 217 W. Ave, Ithaca, New York 14850.

2. This is the house where Momodou Taal resides. This morning at about 10 AM I saw a strange car that I've never seen before in our parking lot. The car had a man in it with a hat on. I walked out into the parking lot where the chef at Telluride House—Wakee Thompson—was throwing out the garbage. We both thought the car was strange so Mr. Thompson walked up to the car and asked the person what they were doing there. I was 10 feet away while this interaction was happening.

3. When Mr. Thompson informed the individual that this was private property, the man flashed him a badge. I personally saw the badge. Though I did not see what agency was on the badge, it was law enforcement. Mr. Thompson asked the individual to leave the parking lot and the man left.

Signed,

/s/Alaa Farghlia                                    Date:   March 19, 2025