UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>                 Plaintiffs,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security;<br><br>                 Defendants. | **[PROPOSED] ORDER TO SHOW CAUSE**<br><br>Civil Action No. 3:25-cv-00335-ECC-ML |

      The Court has considered Plaintiffs' request for an Order to Show Cause and the papers filed in support thereof. The Court agrees that Plaintiffs have shown good cause for the entry of this Order. It is by this Court hereby

      ORDERED that Plaintiffs file and serve papers in support of the motion by ___ a.m./p.m. on the _____ day of _____, 2025.

      IT IS FURTHER ORDERED that Defendants file and serve papers in opposition to the motion by ___ a.m./p.m. on the _____ day of _____, 2025.

      IT IS FURTHER ORDERED that the Parties appear at ___ a.m./p.m. on the _____ day of _____, 2025, telephonically/in Courtroom No. _____.

**IT IS SO ORDERED.**


    DATED: _____                 _____
                                                               ELIZABETH C. COOMBE
                                                               UNITED STATES DISTRICT JUDGE