# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,<br><br>　　　　Defendants. | Civil Action No.<br>3:25-cv-00335 (ECC/ML) |

## NOTICE OF APPEARANCE

Assistant United States Attorney Karen Folster Lesperance hereby appears in the above-captioned action as counsel of record for Defendants. The undersigned hereby certifies that she is duly admitted to practice in this Court.

Dated:  March 20, 2025

Respectfully submitted,

JOHN A. SARCONE, III
United States Attorney

By: _____
KAREN FOLSTER LESPERANCE
Assistant United States Attorney
Bar Roll No. 514108
United States Attorney's Office
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207
Phone: (518) 431-0247
Email: karen.lesperance@usdoj.gov