# EXHIBIT 6



# Re: Momodou Taal et al v. Trump, 25-cv-335 (NDNY)

**From** Eric Lee <ca.ericlee@gmail.com>
**Date** Fri 3/21/2025 8:04 AM
**To** Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>
**Cc** msaleem@dnislaw.com <msaleem@dnislaw.com>; Chris Godshall-Bennett <cgb@adc.org>; jonathan.wallace80@gmail.com <jonathan.wallace80@gmail.com>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Lesperance, Karen (USANYN) <Karen.Lesperance@usdoj.gov>

Dear Counsel:

We have received your email and have informed Mr. Taal of its contents. Because the lawfulness of Mr. Taal's potential detention is presently subject to a pending motion before the Court (ECF #23), we are informing the Court of last night's communication.

At the Court's instruction, Mr. Taal will, of course, cooperate with your request. We have contacted the Court and expect a prompt answer. Then we will immediately follow-up with you to set up a time for a discussion.

Please also provide a copy of the NTA.

Regards,
Eric Lee

On Fri, Mar 21, 2025 at 12:52 AM Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov> wrote:

> Dear Counsel,
>
> My colleagues and I represent the United States in this matter. The applications for admission of Messrs. Stone, Moss, and myself to the bar of the U.S. District Court for the Northern District of New York are pending, so we have not noticed our appearances yet. But we wanted to reach out to establish a line of communication, and relate some information concerning your client.
>
> U.S. Immigration and Customs Enforcement (ICE) has asked us to convey to you the following. ICE invites Mr. Taal and his counsel to appear in-person at the HSI Office in Syracuse at a mutually agreeable time for personal service of the NTA and for Mr. Taal to surrender to ICE custody. Accordingly, if you are interested in proposing such a date and time, we will promptly forward it to ICE for consideration.
>
> It is late at night but we will be available to connect tomorrow.

Sincerely,

Ethan Kanter

**Ethan B. Kanter**
**Civil Division, Office of Immigration Litigation-General Litigation and Appeals**

**United States Department of Justice**
Post Office Box 868 | Ben Franklin Station | Washington, D. C. 20044
☎ 202-616-9123 | 🖥 202-307-8698 | ✉ ethan.kanter@usdoj.gov

**CONFIDENTIALITY NOTICE:** This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.