UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MOMODOU TAAL, MŨKOMA WA NGŨGĨ, and
SRIRAM PARASURAMA,

                      Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States; U.S. DEPARTMENT
OF HOMELAND SECURITY; and KRISTI NOEM,
in her official capacity as Secretary of the U.S.
Department of Homeland Security;

                      Defendants.

3:25-cv-335
(ECC/ML)

---

Eric T. Lee, Esq., *for Plaintiffs*
Karen Folster Lesperance, Esq., *for Defendants*

**Hon. Elizabeth C. Coombe, United States District Judge:**

### ORDER

On March 19, 2025, the Court received an *ex parte* motion for a temporary restraining order from Plaintiffs. Dkt. No. 21. The Court denied that request on March 20, 2025, and ordered Plaintiffs to show cause by March 20, 2025 at 5:00 p.m. why the motion should not be filed on the public docket. Dkt. No. 22. Plaintiffs have not offered any cause why the motion should not be filed on the public docket. In addition, the emergency motion for a temporary restraining order filed by Plaintiffs on March 20, 2025, Dkt. No. 23, appears to contain all of the materials provided in the *ex parte* motion. The Clerk is therefore directed to publish the *ex parte* motion, Dkt. No. 21, and text order, Dkt. No. 22, on the public docket.

**IT IS SO ORDERED.**

Dated: March 21, 2025

                                                          Elizabeth C. Coombe
                                                          U.S. District Judge