AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| MOMODOU TAAL, et al., )<br>*Plaintiff* )<br>v. )<br>DONALD J. TRUMP, et al., )<br>*Defendant* ) | Case No.  3:25-CV-00335-ECC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 03/22/2025

/s/ Benjamin Mark Moss
*Attorney's signature*

Benjamin Mark Moss (NDNY Bar No. 706243)
*Printed name and bar number*

Office of Immigration Litigation, U.S. Department of
Justice, Civil Division
P.O. Box 878 Ben Franklin Station
Washington, DC 20044-0878
*Address*

benjamin.m.moss2@usdoj.gov
*E-mail address*

(202) 307-8675
*Telephone number*

(202) 307-8781
*FAX number*