# EXHIBIT D



## Cornell University

**Office of Student Conduct and Community Standards**

120 Day Hall
Ithaca, NY 14853
(607) 255-4680
studentconduct@cornell.edu

April 26, 2024

Momodou Taal
Sent electronically to mdt75@cornell.edu

Regarding Case Number: 82897

Dear Momodou,

My name is Christina Liang and I serve as the Director of the Office of Student Conduct and Community Standards (OSCCS). OSCCS received a report alleging you violated the Student Code of Conduct (Code). Specifically, it is alleged that beginning April 25, 2024, you engaged in the following behaviors in violation of the Code:

- you made unauthorized use of university property by engaging in or facilitating outdoor camping on the Arts Quad without approval;
- you repeatedly failed to comply with the lawful directives of university officials to remove the unauthorized encampment from the Arts Quad;
- you led or repeated chants throughout the day, and this unreasonably loud behavior created a risk of disruption to the University community;
- you failed to disburse from the Arts Quad when directed to do so by a university official; and,
- you remained on the Arts Quad past 8pm on April 25, 2024, which was the time the event was registered to end.

On April 25, 2024 an unauthorized outdoor encampment was made on the Arts Quad. You informed University officials that you serve as a representative of the event participants.

The Code prohibits unauthorized entry or use of University property without authorization, unlawfully remaining in or on such property, failing to comply with the lawful directive of a University official and/or policies or operational rules duly promulgated by the University, and engaging in behavior that intentionally causes or recklessly creates a risk of disruption to the University community. Moreover, the Interim Expressive Activities Policy, Section F, Outdoor Camping specifically provides that "[o]utdoor camping requires prior registration. Outdoor camping in authorized locations is not permitted for longer than one week and must comply with public health requirements."

University officials repeatedly explained to you that camping was not authorized on the Arts Quad, offering a pre-approved camping location adjacent to Day Hall as an alternative accommodation to allow you and others to continue engaging in expressive activity. Public health and safety were and remain the University's primary concern and the University determined those health and safety considerations could be addressed at the authorized location adjacent to Day Hall. This offer of alternate accommodation for the encampment was made multiple times throughout the day and time was given to you and those you represent for consideration. All participants, including yourself, were clearly instructed by university officials that failure to take down or vacate the unauthorized encampment would result in disciplinary referrals and would result in immediate consequences including temporary suspension. At approximately 8:00pm the evening of April 25, 2024, you and other participants in the unauthorized encampment and associated rally were directed to disburse and take down and vacate the encampment.

The University has been clear that the health and safety of all members of our community is its primary concern. Your flat refusal to comply with university policies and the lawful directives of university



**Cornell University**

**Office of Student Conduct and Community Standards**

120 Day Hall
Ithaca, NY 14853
(607) 255-4680
studentconduct@cornell.edu

officials specifically made to protect public health and safety of all members of our Cornell community is wholly unacceptable and endangers our community. Moreover, this ongoing, unauthorized event continues to disrupt and impact many aspects of regular University operation. The University has avenues available for everyone to make their voices heard, but this must be done in ways that respect the rights of all members of our community.

Due to the extraordinarily serious nature of the allegations and the ongoing, significant impact your behavior continues to have on the university, immediate action is necessary to protect the university community. **You are therefore, temporarily suspended, effective immediately and pending resolution of the underlying conduct action.**

You have been withdrawn from all University privileges and services, including class attendance, participation in examinations, utilization of University premises and facilities. You are not permitted on the campus of Cornell University during this temporary suspension, subject to the following limited exceptions:

- If you currently reside in university housing, you will be permitted a short-term grace period.
- If you are on a Cornell Dining meal plan, you will be permitted a short-term grace period to continue using Cornell Dining facilities.
- If you need to access Cornell Health for health care, you will be permitted to do so.

**<u>Violations of the terms of this temporary suspension may result in additional conduct action. You must contact me to arrange for these limited, short-term exceptions. I strongly encourage you to do so as soon as possible.</u>**

Please note that your Student Health Insurance coverage for the spring 2024 term will not be impacted as a result of you Temporary Suspension.

The Temporary Suspension will remain in effect until you receive further notice from my office. For more information about temporary suspensions, please see pages 9-10 in the Student Code of Conduct Procedures (Procedures).

You may submit a written request to studentconduct@cornell.edu for review of your temporary suspension to be reviewed by the Vice President for Student and Campus Life.

If you have any questions, please contact me at cl2347@cornell.edu.

Sincerely,

Christina Liang
Director, Office of Student Conduct and Community Standards

cc:     Anthony Bellamy, Cornell University Police
        Marla Love, Dean of Students
        Rhonda Kitch, University Registrar
        Kathryn Boor, Graduate School
        Tim Bradish, CIT Security