# EXHIBIT E



**Cornell University**

**Office of Student Conduct and Community Standards**

120 Day Hall
Ithaca, NY 14853
(607) 255-4680
studentconduct@cornell.edu

Momodou Taal
Sent electronically to mdt75@cornell.edu

Regarding Case Numbers: 75870, 76866, 82897-2, and 88805

The Complainants, Christopher Cowan, and Scott Grantz, on behalf of Cornell University, and Momodou Taal (Respondent) have reached the following resolution of the above-referenced conduct matters through Alternate Resolution in lieu of proceeding to a hearing.

*Violations*

Case Number 75870 and 76866: On or about February 8, 2024, and February 22, 2024, the Respondent did not violate the Student Code of Conduct (Code).

Case Number 82897: On or about April 25, 2024, the Respondent violated the following provisions of the Code:

**E. Disorderly Conduct**
To intentionally cause or recklessly create a risk of disruption to the University community or local community, including, but not limited to:

  2. Unreasonably loud or belligerent behavior;

**F. Disruption of University Activities**
To disrupt or materially interfere with any instructional, research, service, judicial, or other University operation or function, including, but not limited to:

  2. Substantially obstructing the lawful use of, access to, or egress from University premises or portions thereof, or by making unauthorized entry upon or use of a University property or facility or by unlawfully remaining in or on the same;

**H. Failure to Comply**
Failure to Comply with:

  1. A lawful directive of a University official within the scope of that person's duties or employment;

**T. Unauthorized Entry or Use of Space**
To enter upon or make use of University or private property or facilities without authorization, including:

  2. Building a structure on the campus without a permit or in violation of the conditions of a permit.

1



**Cornell University**

**Office of Student Conduct and Community Standards**

120 Day Hall
Ithaca, NY 14853
(607) 255-4680
studentconduct@cornell.edu

Case Number 88805: On September 18, 2024, the Respondent violated the following provisions of the Code:

Sec. IV Prohibited Conduct (p. 4-11)

### E. Disorderly Conduct
To intentionally cause or recklessly create a risk of disruption to the University community or local community, including, but not limited to:

    2. Unreasonably loud or belligerent behavior;

### F. Disruption of University Activities
To disrupt or materially interfere with any instructional, research, service, judicial, or other University operation or function, including, but not limited to:

    3. Intentionally obstructing or restraining the lawful participation of another person in an authorized activity or event, such as regular and special curricular activities, extracurricular activities, employment interviews, and recruiting activities.

### H. Failure to Comply
Failure to Comply with:

    1. A lawful directive of a University official within the scope of that person's duties or employment;

### T. Unauthorized Entry or Use of Space
To enter upon or make use of University or private property or facilities without authorization, including:
1. To enter any waters of Fall Creek, Cascadilla Creek, or Beebe Lake that are on or traverse the campus to swim or bathe, except in those waters officially designated as swimming or bathing waters;
2. Building a structure on the campus without a permit or in violation of the conditions of a permit.

Additionally, for this Formal Complaint, the parties agree the Respondent did not violate the following provisions of the Student Code of Conduct (Code):

### D. Collusion or Complicity
To participate, aid or assist another person, including a guest invited to campus by the individual to commit a violation of the Code.

### U. Violation of Public Law(s)

2



**Cornell University**

**Office of Student Conduct and Community Standards**

120 Day Hall
Ithaca, NY 14853
(607) 255-4680
studentconduct@cornell.edu

Violation of any federal, state, or local law, regulation, or ordinance.

*Sanctions*

The parties agree to the following sanctions for the above violations of the Code:

**Written Reprimand.** A disciplinary record for this matter will be reportable until the Respondent graduates from Cornell University.

**Deferred Suspension.** Respondent will be on deferred suspension status until he graduates from Cornell University. At the conclusion of the fall 2025 academic semester, the Respondent may request OSCCS to review and determine whether circumstances have changed such that a shorter period of deferred suspension is warranted. Deferred Suspension means for a designated period of time, that is until the Respondent graduates, the Respondent must demonstrate the ability to abide by the Student Code of Conduct. If the Respondent is found to be responsible for any subsequent violation of the Code related or similar in nature to the violations detailed above, occurring on or before they graduate, a two-semester suspension from the university will be imposed in addition to any other sanctions or remedies imposed to address the subsequent violation. Failure to comply with any of the terms of the Alternate Resolution would violate Section IV. H of the Code and constitute a subsequent violation of the Code related or similar in nature to the violations detailed above, activating the deferred suspension.

**Restrictive Measures**. Effective immediately and continuing until the last day of the spring 2025 semester (May 27, 2025), the Respondent is prohibited from physically entering Cornell's Ithaca campus with the following exceptions:
- The Respondent is permitted on campus for religious services from 1:15-2:00pm ET on Fridays at Anabel Taylor Hall.
- The Respondent is also permitted to be on campus for any scheduled or emergency in-person health appointments at Cornell Health.
- The Respondent may access Cornell sidewalks and pathways in order to access approved campus locations.
- The Respondent may access the Africana Studies library for legitimate academic purposes only, including and limited to:
  - Research, writing, and studying for academic program-related work
  - Utilizing and picking up physical resources checked out on Cornell's library website.
  - The Respondent is prohibited from accessing the Africana Studies library to host or attend social events hosted at the Africana Studies library.

**All privilege restrictions will be lifted effective the last day of the spring 2025 semester (May 27, 2025).**

3



# Cornell University
## Office of Student Conduct and Community Standards

120 Day Hall
Ithaca, NY 14853
(607) 255-4680
studentconduct@cornell.edu

Unless revoked by any party within two business days, this agreement will be final.

I, Christopher Cowan on behalf of Cornell University (Complainant) agree to this Alternate Resolution agreement.

| Signature | Name (Printed) | Date |
|---|---|---|
| *Christopher Cowen (Jan 24, 2025 12:42 EST)* | Christopher Cowen | 01/24/25 |

I, Scott Grantz, on behalf of Cornell University (Complainant) agree to this Alternate Resolution agreement.

| Signature | Name (Printed) | Date |
|---|---|---|
| *Scott Grantz* | Scott Grantz | 01/23/2025 |

I, Momodou Taal (Respondent) agree to this Alternate Resolution agreement.

| Signature | Name (Printed) | Date |
|---|---|---|
| *momodou taal* | Momodou Taal | 1/21/2025 |

I, Christina Liang, on behalf of OSCCS, agree to this Alternate Resolution agreement.

| Signature | Name (Printed) | Date |
|---|---|---|
| *[signature]* | Christina Liang | 01/29/2025 |

Revocation deadline: __5pm on 01/31/2025__
(To be completed by the OSCCS)

4