# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL,<br><br>   *Plaintiff-Petitioner*,<br><br>MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and THOMAS BROPHY, in his official capacity as Field Office Director of the Buffalo Immigration and Customs Enforcement Office,<br><br>   Defendant-Respondents. | **MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Civil Action No. 3:25-CV-00335-ECC-ML |

   PLEASE TAKE NOTICE that, upon the Amended Complaint and the exhibits attached thereto, ECF 38, the accompanying memorandum of law, and all other pleadings and proceedings in this action, Plaintiffs, by and through undersigned counsel, submit this motion for a Temporary Restraining Order to enjoin Defendants Donald Trump, the Department of Homeland Security ("DHS") and DHS Secretary Kristi Noem from attempting to detain or remove Mr. Taal from this Court's jurisdiction, and to grant any other relief that the Court deems just and proper.

Date: March 27, 2025		Respectfully submitted,

        s/ Eric Lee
        Eric Lee, MI Bar No. P80058
        24225 W 9 Mile Rd., Suite 140
        Southfield, MI 48033
        (248) 602-0936
        ca.ericlee@gmail.com

        Chris Godshall-Bennett, DC Bar No. 1780920
        American-Arab Anti-Discrimination Committee (ADC)
        910 17th St. NW, Suite 1000
        Washington, D.C. 20006
        (202) 465-4247
        cgb@adc.org

        Mohammad A. Saleem
        Davis Ndanusa Ikhlas & Saleem LLP
        26 Court Street - Suite 603
        Brooklyn, NY 11242
        646-812-7434
        Email: msaleem@dnislaw.com

        Maria Kari, TX Bar No. 24127161*
        Project TAHA
        5300 N Braeswood Blvd., Suite 4-191
        Houston, TX 77096
        (205) 862-8005
        info@mariakari.org

        Jonathan Wallace, NY Bar No. 1733757
        P.O. Box 728
        Amagansett, NY 11930
        (917) 359-6234
        jonathan.wallace80@gmail.com

        Counsel for Plaintiffs

        **pro hac vice* application filed