## DECLARATION OF MOMODOU TAAL

I, Momodou Taal, declare the following:

1. My name is Momodou Taal, I am a resident of Tompkins County, New York. I am a plaintiff in *Taal v. Trump*.

2. The past week has been perhaps the most intense and stressful of my life. I live in fear that ICE agents are going to try to arrest me. They have told my lawyers and I that their plan is to make me come to ICE headquarters to turn myself in. I am fearful of the prospect of a long detention. I have read about the conditions in ICE detention and have read statements from other students or former students who have been put in detention, like Mahmoud Khalil. I do not want to be taken to detention, period, but I especially do not want to be moved to a new place potentially far away from my home. I would not be able to have my lawyers visit easily, I would not be able to have my friends visit, and I worry that the government's retribution against me for my political views might continue in detention.

3. However, I have always endeavored to follow the law. For this reason, my lawyers and I have communicated to the government that I will voluntarily surrender to ICE if the court system determines that what the government is doing is legal. But this prospect is imminently hanging over me, and it has impacted every aspect of my life. I feel like a prisoner already although all I have done is exercise my rights.

I declare under penalty of perjury that the foregoing is true and correct.

March 27, 2025                                            /s/Momodou Taal