## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMODOU TAAL, <br><br> *Plaintiff-Petitioner*, <br><br> MŨKOMA WA NGŨGĨ, and SRIRAM PARASURAMA, <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and THOMAS BROPHY, in his official capacity as Field Office Director of the Buffalo Immigration and Customs Enforcement Office, <br><br> *Defendants-Respondents*. | Civil Action No. 3:25-cv-00335-ECC-ML <br><br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS-PETITIONERS MOTION FOR A TEMPORARY RESTRAINING ORDER** <br><br> **JURY TRIAL DEMAND** |

Having considered Plaintiffs' submissions and applicable law, the Court GRANTS

Plaintiffs' motion for a temporary restraining order.

**IT IS SO ORDERED.**

DATED: _____          _____

ELIZABETH C. COOMBE
UNITED STATES DISTRICT JUDGE