AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| MOMODOU TAAL, MŨKOMA WA NGŨGĨ and SRIRAMPARASURAMA <br><br> *Plaintiff(s)* <br><br> v. <br><br> Marco Rubio <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-335 (ECC/ML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marco Rubio, in his official capacity as Secretary of the U.S. Department of State
U.S. Department of State
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs
600 19th Street NW, Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 03/28/2025

s/ Heather Merritt
*Signature of Clerk or Deputy Clerk*

# RIDER

**ALL DEFENDANTS**

Donald J. Trump, in his official capacity as President of the United States
The White House
1600 Pennsylvania Avenue N.W.
Washington, DC 20500

U.S. Department of State
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs
600 19th Street NW, Suite 5.600
Washington DC 20522

Marco Rubio, in his official capacity as Secretary of the U.S. Department of State
U.S. Department of State
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs
600 19th Street NW, Suite 5.600
Washington DC 20522

Pamela Bondi, in her official capacity as Attorney General
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security
The Honorable Kristi Noem
Secretary of Homeland Security
Washington, DC 20528

Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement
U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street, SW
Mail Stop 5900
Washington, D.C. 20536-5900

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street, SW
Mail Stop 5900
Washington, D.C. 20536-5900

Thomas Brophy, in his official capacity as Field Office Director of the Buffalo Immigration and Customs Enforcement Office
Office of the Principal Legal Advisor
250 Delaware Avenue, Suite 773
Buffalo, NY 14202

**NON-PARTIES TO BE SERVED**

John A. Sarcone III
United States Attorney
Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198