

# DAVIS, NDANUSA, IKHLAS & SALEEM, LLP

26 Court Street  
Suite #603  
Brooklyn, NY 11242

Tel: (718) 783-6819  
Fax: (855) 852-4742  
www.dnislaw.com

March 28, 2025

**VIA ECF**  
Hon. Judge Elizabeth C. Coombe  
United Stated District Court

RE: *Taal et al. v. Trump et al*(25-cv-00335)

Dear Honorable Elizabeth C. Coombe:

    Our office represents Momodou Taal, Mukoma Wa Ngugi and Sriram Parasurama (collectively "Plaintiffs") in the above captioned matter. We are writing to update the Court regarding the status of the filing of our Affidavits of Personal Service in this case.

    Our co-counsel filed an Amended Complaint and Petition for Writ of Habeas Corpus as well as an Emergency Motion for TRO on March 27, 2025. The Court has directed that we serve the aforementioned filings and supported exhibits as well as the Text Order issued on March 27, 2025 upon all Defendants who have not yet appeared in this matter by March 28, 2025. We have been actively working with a company to ensure timely personal service upon all required parties as directed, but were informed our request for personal service will likely not be completed today.

    We respectfully request that the Court extend our deadline to serve the parties as directed from March 28, 2025 to April 1st, 2025, and allow us to file our Affidavit of Service shortly thereafter.

    We thank the Court for its consideration of our request.

Dated: March 28, 2025

Respectfully submitted,

By: /s/ *Mohammad Akif Saleem*  
Mohammad Akif Saleem, Esq.  
Bar Number: 4842753  
Davis Ndanusa Ikhlas & Saleem LLP  
26 Court Street Suite 603  
Brooklyn, NY 11242  
Email: msaleem@dnislaw.com  
Phone: (718) 783-6819

cc: Counsel of Record (via ECF)

*Counsel for Plaintiffs*