# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of New York

**Momodou Taal, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Mohammad Saleem

Client:
Davis Ndanusa Ikhlas & Saleem LLP
26 Court St., #603
Brooklyn NY 11242



*333484*

**Case Number: 3:25-cv-00335-ECC-ML**

I, **Keila Castro**, swear and affirm that the following is correct:

I received the legal documents on **03/31/2025** at **11:27 AM** to be served upon: **Pamela Bondi, in her official capacity as Attorney General, Attorney General of the United States, U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I Served **Pamela Bondi, in her official capacity as Attorney General, Attorney General of the United States, U.S. Department of Justice** by delivering a conformed copy of: Summons, Amended Complaint and Petition for Writ of Habeas Corpus, Civil Cover Sheet, Complaint, Exhibit A - Affidavit of Momodou Taal, Exhibit B - Affidavit of Mkoma Ngg, Exhibit C - Affidavit of Sriram Parasurama, Exhibit D - Affidavit of Wakee Thompson, Exhibit E - Affidavit of Eric Lee, Exhibit F - Affidavit of Alaa Farghlia, Exhibit G - Declaration of Anthony Patrone, Exhibit H - Declaration of Unit Chief Roy M. Stanley III, Exhibit I - Declaration of John Armstrong in Support of Defendants Opposition to Motion for Preliminary Injunction and Temporary Restraining Order, Exhibit J - Disciplinary Outcome 1, Exhibit K - Disciplinary Outcome 2, Exhibit L, Motion for Temporary Restraining Order, Plaintiff-Petitioners Motion for Temporary Restraining Order and Preliminary Injunction, and Request for an Order to Show Cause, Plaintiff-Petitioners Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, Declaration of Eric Lee, Declaration of Momodou Taal, [Proposed] Order to Show Cause, [Proposed] Order Granting Plaintiff-Petitioners Motion for a Temporary Restraining Order, Judges Text Order to Pamela Bondi, in her official capacity as Attorney General, Attorney General of the United States, U.S. Department of Justice at **950 Pennsylvania Ave., NW, Washington, DC 20530-0001** via USPS Certified Mail.

**Supplemental Data Appropriate to this Service:** On 03/31/2025, a copy of the legal documents was certified mailed to Pamela Bondi, in her official capacity as Attorney General, Attorney General of the United States, U.S. Department of Justice, with receipt number: 9589071052701848848875 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. The domestic return receipt has not yet been returned.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*KCastro*

**Keila Castro**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:333484



# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of New York

**Momodou Taal, et al**

        Plaintiff(s),

vs.

**Donald J. Trump, in his official capacity as President of the United States, et al**

        Defendant(s).

Attorney: Mohammad Saleem

Davis Ndanusa Ikhlas & Saleem LLP
26 Court St., #603
Brooklyn NY 11242


*333486*

**Case Number: 3:25-cv-00335-ECC-ML**

Legal documents received on **03/31/2025** at **11:31 AM** to be served upon **Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement at Office of the Principal Legal Advisor, 500 12th St., SW, Washington, DC 20536-5900**

I, **Maxwell Cook**, swear and affirm that on **March 31, 2025** at **1:19 PM**, I did the following:

Served **Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement** by delivering a conformed copy of the **Summons, Amended Complaint and Petition for Writ of Habeas Corpus, Civil Cover Sheet, Complaint, Exhibit A - Affidavit of Momodou Taal, Exhibit B - Affidavit of Mkoma Ngg, Exhibit C - Affidavit of Sriram Parasurama, Exhibit D - Affidavit of Wakee Thompson, Exhibit E - Affidavit of Eric Lee, Exhibit F - Affidavit of Alaa Farghlia, Exhibit G - Declaration of Anthony Patrone, Exhibit H - Declaration of Unit Chief Roy M. Stanley III, Exhibit I - Declaration of John Armstrong in Support of Defendants Opposition to Motion for Preliminary Injunction and Temporary Restraining Order, Exhibit J - Disciplinary Outcome 1, Exhibit K - Disciplinary Outcome 2, Exhibit L, Motion for Temporary Restraining Order, Plaintiff-Petitioners Motion for Temporary Restraining Order and Preliminary Injunction, and Request for an Order to Show Cause, Plaintiff-Petitioners Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, Declaration of Eric Lee, Declaration of Momodou Taal, [Proposed] Order to Show Cause, [Proposed] Order Granting Plaintiff-Petitioners Motion for a Temporary Restraining Order, Judges Text Order** to **Kara Springer** as Mission Support Specialist & Authorized Agent of **Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement** at **Office of the Principal Legal Advisor, 500 12th St., SW, Washington, DC 20536-5900**.

**Description of Person Accepting Service:**
Sex: Female Age: 50-60 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Black & Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Maxwell Cook**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:333486



## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of New York

**Momodou Taal, et al**

Plaintiff(s),

vs.

**Donald J. Trump, in his official capacity as President of the United States, et al**

Defendant(s).

Attorney: Mohammad Saleem

Davis Ndanusa Ikhlas & Saleem LLP
26 Court St., #603
Brooklyn NY 11242


*333487*

Case Number: **3:25-cv-00335-ECC-ML**

Legal documents received on **03/31/2025** at **11:33 AM** to be served upon **U.S. Department of State** at **The Executive Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th St., NW, Suite 5.600, Washington, DC 20522**

I, **Maya Morrell**, swear and affirm that on **March 31, 2025** at **12:42 PM**, I did the following:

Served **U.S. Department of State** by delivering a conformed copy of the **Summons, Amended Complaint and Petition for Writ of Habeas Corpus, Civil Cover Sheet, Complaint, Exhibit A - Affidavit of Momodou Taal, Exhibit B - Affidavit of Mkoma Ngg, Exhibit C - Affidavit of Sriram Parasurama, Exhibit D - Affidavit of Wakee Thompson, Exhibit E - Affidavit of Eric Lee, Exhibit F - Affidavit of Alaa Farghlia, Exhibit G - Declaration of Anthony Patrone, Exhibit H - Declaration of Unit Chief Roy M. Stanley III, Exhibit I - Declaration of John Armstrong in Support of Defendants Opposition to Motion for Preliminary Injunction and Temporary Restraining Order, Exhibit J - Disciplinary Outcome 1, Exhibit K - Disciplinary Outcome 2, Exhibit L, Motion for Temporary Restraining Order, Plaintiff-Petitioners Motion for Temporary Restraining Order and Preliminary Injunction, and Request for an Order to Show Cause, Plaintiff-Petitioners Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, Declaration of Eric Lee, Declaration of Momodou Taal, [Proposed] Order to Show Cause, [Proposed] Order Granting Plaintiff-Petitioners Motion for a Temporary Restraining Order, Judges Text Order** to Yan Hill as **Paralegal & Authorized Agent** of **U.S. Department of State** at **The Executive Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th St., NW, Suite 5.600, Washington, DC 20522**.

**Description of Person Accepting Service:**
Sex: Female Age: 45-55 Height: 5ft0in-5ft4in Weight: 100-130 lbs Skin Color: Light Brown Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Maya Morrell*

**Maya Morrell**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:333487



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of New York

**Momodou Taal, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Mohammad Saleem

Davis Ndanusa Ikhlas & Saleem LLP
26 Court St., #603
Brooklyn NY 11242


*333483*

Case Number: 3:25-cv-00335-ECC-ML

Legal documents received on **03/31/2025** at **11:24 AM** to be served upon **Marco Rubio, in his official capacity as Secretary of the U.S. Department of State, U.S. Department of State** at The Executive Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th St., NW, Suite 5.600, Washington, DC 20522

I, **Maya Morrell**, swear and affirm that on **March 31, 2025** at **12:42 PM**, I did the following:

Served **Marco Rubio, in his official capacity as Secretary of the U.S. Department of State, U.S. Department of State** by delivering a conformed copy of the **Summons, Amended Complaint and Petition for Writ of Habeas Corpus, Civil Cover Sheet, Complaint, Exhibit A - Affidavit of Momodou Taal, Exhibit B - Affidavit of Mkoma Ngg, Exhibit C - Affidavit of Sriram Parasurama, Exhibit D - Affidavit of Wakee Thompson, Exhibit E - Affidavit of Eric Lee, Exhibit F - Affidavit of Alaa Farghlia, Exhibit G - Declaration of Anthony Patrone, Exhibit H - Declaration of Unit Chief Roy M. Stanley III, Exhibit I - Declaration of John Armstrong in Support of Defendants Opposition to Motion for Preliminary Injunction and Temporary Restraining Order, Exhibit J - Disciplinary Outcome 1, Exhibit K - Disciplinary Outcome 2, Exhibit L, Motion for Temporary Restraining Order, Plaintiff-Petitioners Motion for Temporary Restraining Order and Preliminary Injunction, and Request for an Order to Show Cause, Plaintiff-Petitioners Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, Declaration of Eric Lee, Declaration of Momodou Taal, [Proposed] Order to Show Cause, [Proposed] Order Granting Plaintiff-Petitioners Motion for a Temporary Restraining Order, Judges Text Order** to Yan Hill as **Paralegal & Authorized Agent** of Marco Rubio, in his official capacity as Secretary of the U.S. Department of State, U.S. Department of State at The Executive Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th St., NW, Suite 5.600, Washington, DC 20522.

**Description of Person Accepting Service:**
Sex: Female Age: 45-55 Height: 5ft0in-5ft4in Weight: 100-130 lbs Skin Color: Light Brown Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Maya Morrell* (signature)

**Maya Morrell**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:333483

